UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61755-LEIBOWITZ/AUGUSTIN-BIRCH

**MICHAEL O'BYRN**,

    *Plaintiff*,

v.

**ALLIED HOME IMPROVEMENT, INC.**,

    *Defendant*.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to United States Magistrate Judge Panayotta Augustin-Birch for a report and recommendation on the parties' Joint Motion for Approval of Settlement [ECF No. 11] ("the Motion"). Judge Augustin-Birch has since issued a Report and Recommendation ("the R&R"), recommending that the Motion be granted. [ECF No. 14]. Neither party has filed any objections to the R&R and the time to do so has passed. After careful review of the filings, the applicable law, and the record, the Court adopts Judge Augustin-Birch's R&R in its entirety.

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To

the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

The parties have not submitted any objections to Judge Augustin-Birch's report and recommendation, and the time to do so has passed. As such, the Court has reviewed the R&R for clear error only. Upon review, the Court finds no clear error; indeed, Judge Augustin-Birch's report is thorough and persuasive, and her application of the legal factors is fair and reasonable. The Court adopts the report and recommendation in its entirety and grants the Joint Motion for Approval of Settlement.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. Magistrate Judge Augustin-Birch's R&R [**ECF No. 14**] is **AFFIRMED AND ADOPTED**.

2. The Joint Motion for Approval of Settlement [**ECF No. 10**] is **GRANTED**. The Settlement Agreement [ECF No. 10-1] is **APPROVED.** This Court retains jurisdiction to enforce the terms of the Settlement Agreement.

3. This matter is **DISMISSED with prejudice.**

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on April 22, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record